**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Monee Takla Hanna (SBN 259468)
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:  424.221.7400
Facsimile:    424.221.7499
monee.hanna@nelsonmullins.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS TRIPOLSKIY, an individual,<br><br>               Plaintiff,<br><br>     vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>               Defendants. | Case No.:<br><br>Hon. Percy Anderson<br><br>**DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF DEFENDANT BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS**<br><br>[*Filed concurrently with Notice of Removal*] |

I, Monee Takla Hanna, declare as follows:

   1.   I am an attorney at law duly authorized to practice before all Courts of the State of California.  The facts stated hereunder are true, known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

   2.   I am an attorney at Nelson Mullins Riley & Scarborough LLP, attorneys of record for Defendant Boston Scientific Corporation ("Defendant" or "Boston Scientific") in this matter.

1
DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF DEFENDANT BOSTON SCIENTIFIC
CORPORATION'S NOTICE OF REMOVAL

3. Defendant Boston Scientific initially timely removed this action on December 21, 2022, within 30 days of service of the Summons and Complaint.

4. Defendant Boston Scientific also timely filed a Rule 12(b) Motion to Dismiss.

5. Following removal, this Action was numbered 2:22-cv-09251-PA-JC and assigned to the Honorable Percy Anderson.

6. Attached as **Exhibit A** is the minute order of the January 3, 2023 status conference before the Honorable Percy Anderson.

7. Attached as **Exhibit B** are true and correct copies of the Complaint and all pleadings and papers filed in this matter in the State Court Action.

8. Following remand, Defendant filed a demurrer to Plaintiff's Complaint. The demurrer has not been fully briefed or heard.

9. Defendant then served written discovery requests on Plaintiff to obtain further information about his citizenship, including his residence, domicile, and intent regarding his residence and domicile.

10. On May 12, 2023, Plaintiff provided responses to Defendant's discovery requests wherein he admitted that he is currently, and was at all relevant times, a domiciliary and citizen of the state of California.

11. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's verified responses to Defendant's Requests for Admission.

12. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff's verified responses to Defendant's Special Interrogatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of May, 2023 in Los Angeles, California.

[Signature of following page.]

2
DECLARATION OF MONEE TAKLA HANNA IN SUPPORT OF DEFENDANT BOSTON SCIENTIFIC CORPORATION'S NOTICE OF REMOVAL

1  DATED:  May 17, 2023            **NELSON MULLINS RILEY &**
2                                  **SCARBOROUGH LLP**
3
4                        By:    /s/ Monee Takla Hanna
                                Monee Takla Hanna
5                               Attorneys for Defendant
                                **BOSTON SCIENTIFIC CORPORATION**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

*/s/ Monee Takla Hanna*
Monee Takla Hanna