JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS TRIPOLSKIY, | Case No. CV 23-3775 PA (JCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

In accordance with the Court's October 4, 2023 Minute Order granting the Motion to Dismiss filed by Defendant Boston Scientific Corporation ("Defendant"), which dismissed the Second Amended Complaint filed by Plaintiff Boris Tripolskiy ("Plaintiff") without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendant shall have its costs of suit.

DATED: October 4, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE